OPINION # O-7428        WAS NEVER ISSUED OR

WAS WITHDRAWN.